Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  12–27927–ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patrick R Davin                                               Amy R Davin
  38 Saint Regis Drive                              38 Saint Regis Drive
  West Deptford, NJ 08096               West Deptford, NJ 08096

Social Security No.:
  xxx–xx–4338                                                 xxx–xx–3123

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 7, 2017</u>                 <u>Andrew B. Altenburg Jr.</u>
                                                        Judge, United States Bankruptcy Court